| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-27431 / MBK**

Robert L. Turano

Petition Filed Date: 09/11/2019
341 Hearing Date: 10/10/2019
Confirmation Date: 12/17/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $595.00 | 65126260 | 02/26/2020 | $595.00 | 65866830 | 03/25/2020 | $595.00 | 66604670 |
| 04/27/2020 | $595.00 | 67395490 | 05/26/2020 | $595.00 | 68115710 | 06/25/2020 | $595.00 | 68883800 |
| 07/28/2020 | $595.00 | 69686960 | 08/19/2020 | $595.00 | 70211050 | 09/17/2020 | $595.00 | 70928800 |
| 10/19/2020 | $595.00 | 71658760 | 11/16/2020 | $595.00 | 72372450 | 12/22/2020 | $595.00 | 73194470 |
| 01/19/2021 | $595.00 | 73848920 | 02/16/2021 | $595.00 | 74567850 | | | |

**Total Receipts for the Period:  $8,330.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $9,975.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert L. Turano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,595.00 | $2,595.00 | $0.00 |
| 1 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured Creditors | $16,866.45 | $1,765.91 | $15,100.54 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» JUDGMENT | Unsecured Creditors | $35,526.66 | $3,719.77 | $31,806.89 |
| 3 | THE BANK OF NEW YORK MELLON TRUST<br>»» P/10 THERESA DR/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-27431 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,975.00 | Plan Balance: | $24,990.00 ** |
| Paid to Claims: | $8,080.68 | Current Monthly Payment: | $595.00 |
| Paid to Trustee: | $776.92 | Arrearages: | $0.00 |
| Funds on Hand: | $1,117.40 | Total Plan Base: | $34,965.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.