| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-27431 / MBK**

Robert L. Turano

Petition Filed Date: 09/11/2019
341 Hearing Date: 10/10/2019
Confirmation Date: 12/17/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2021 | $595.00 | 73848920 | 02/16/2021 | $595.00 | 74567850 | 03/17/2021 | $595.00 | 75299900 |
| 04/19/2021 | $595.00 | 76081070 | 05/17/2021 | $595.00 | 76747920 | 06/14/2021 | $595.00 | 77391590 |
| 07/16/2021 | $595.00 | 78132680 | 08/16/2021 | $595.00 | 78802830 | 09/21/2021 | $595.00 | 79583720 |
| 10/18/2021 | $595.00 | 80189500 | 11/15/2021 | $595.00 | 80824730 | 12/16/2021 | $595.00 | 81503560 |
| 01/18/2022 | $595.00 | 82129660 | | | | | | |

**Total Receipts for the Period: $7,735.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,520.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert L. Turano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,595.00 | $2,595.00 | $0.00 |
| 1 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured Creditors | $16,866.45 | $3,896.14 | $12,970.31 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  JUDGMENT | Unsecured Creditors | $35,526.66 | $8,206.52 | $27,320.14 |
| 3 | THE BANK OF NEW YORK MELLON TRUST<br>»»  P/10 THERESA DR/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-27431 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,520.00 | Plan Balance: | $18,445.00 ** |
| Paid to Claims: | $14,697.66 | Current Monthly Payment: | $595.00 |
| Paid to Trustee: | $1,277.32 | Arrearages: | $595.00 |
| Funds on Hand: | $545.02 | Total Plan Base: | $34,965.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.