| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-27431 / MBK**

Robert L. Turano

Petition Filed Date: 09/11/2019
341 Hearing Date: 10/10/2019
Confirmation Date: 12/17/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $595.00 | 82129660 | 02/15/2022 | $595.00 | 82767480 | 03/15/2022 | $595.00 | 83405540 |
| 04/18/2022 | $595.00 | 84085730 | 05/16/2022 | $595.00 | 84692350 | 06/15/2022 | $595.00 | 85299250 |
| 07/15/2022 | $595.00 | 85891420 | 08/17/2022 | $595.00 | 86535410 | 09/19/2022 | $595.00 | 87155570 |
| 10/17/2022 | $595.00 | 87724870 | 11/16/2022 | $595.00 | 88306070 | 12/19/2022 | $595.00 | 88888660 |
| 01/17/2023 | $595.00 | 89442880 | 02/17/2023 | $595.00 | 90035440 | | | |

**Total Receipts for the Period: $8,330.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,255.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert L. Turano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,595.00 | $2,595.00 | $0.00 |
| 1 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured Creditors | $16,866.45 | $6,186.18 | $10,680.27 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  JUDGMENT | Unsecured Creditors | $35,526.66 | $13,030.30 | $22,496.36 |
| 3 | THE BANK OF NEW YORK MELLON TRUST<br>»»  P/10 THERESA DR/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-27431 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,255.00 | Plan Balance: | $10,710.00 ** |
| Paid to Claims: | $21,811.48 | Current Monthly Payment: | $595.00 |
| Paid to Trustee: | $1,891.36 | Arrearages: | $595.00 |
| Funds on Hand: | $552.16 | Total Plan Base: | $34,965.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.