| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-27431 / MBK**

Robert L. Turano

Petition Filed Date: 09/11/2019
341 Hearing Date: 10/10/2019
Confirmation Date: 12/17/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2023 | $595.00 | 89442880 | 02/17/2023 | $595.00 | 90035440 | 03/16/2023 | $595.00 | 90575910 |
| 04/18/2023 | $595.00 | 91152160 | 05/16/2023 | $595.00 | 91698370 | 06/20/2023 | $595.00 | 92280310 |
| 07/18/2023 | $595.00 | 92771020 | 08/16/2023 | $595.00 | 93306300 | 09/18/2023 | $595.00 | 93833060 |
| 10/17/2023 | $595.00 | 94359210 | 11/17/2023 | $595.00 | 94857980 | 12/18/2023 | $595.00 | 95363060 |
| 01/17/2024 | $595.00 | 95868330 | | | | | | |

**Total Receipts for the Period: $7,735.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert L. Turano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,595.00 | $2,595.00 | $0.00 |
| 1 | U.S. Dept. of Education | Unsecured Creditors | $16,866.45 | $7,959.47 | $8,906.98 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  JUDGMENT | Unsecured Creditors | $35,526.66 | $16,765.53 | $18,761.13 |
| 3 | THE BANK OF NEW YORK MELLON TRUST<br>»»  P/10 THERESA DR/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-27431 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,800.00 | Plan Balance: | $4,165.00 ** |
| Paid to Claims: | $27,320.00 | Current Monthly Payment: | $595.00 |
| Paid to Trustee: | $2,388.76 | Arrearages: | $0.00 |
| Funds on Hand: | $1,091.24 | Total Plan Base: | $34,965.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.